UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS MAYO, et al., <br><br>　　　　　　Plaintiffs, <br>　v. <br><br> SPECIALTY CONTRACTORS NORTHWEST LLC d/b/a PACIFIC BATH COMPANY, <br><br>　　　　　　Defendant. | CASE NO. 22-CV-00640-LK <br><br> ORDER REMANDING CASE |

This matter comes before the Court on Defendant Specialty Contractors Northwest LLC's failure to respond to this Court's Order to Show Cause why this case should not be remanded for lack of subject matter jurisdiction. Dkt. No. 16. Specialty Contractors removed this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(a), Dkt. No. 1 at 1, but failed to sufficiently allege diversity jurisdiction. Specifically, as a Limited Liability Company asserting jurisdiction on the basis of diversity, Specialty Contractors was required to identify all of its constituent members. *See Big Run Power Producers, LLC v. Venture Eng'g & Constr., Inc.*, No. 20-CV-09246-SK, 2021 WL 4497876, at *2 (N.D. Cal. Jan. 27, 2021) ("The law is well established in the Ninth Circuit that a

ORDER REMANDING CASE - 1

removing party bears the burden of establishing diversity jurisdiction, including by demonstrating the full membership of LLCs.") (collecting cases); LCR 7.1 (nongovernmental parties must disclose "any member or owner in a[n] . . . LLC"). This it did not do. *See* Dkt. No. 16 at 2–3; Dkt. No. 1 at 2.

Pursuant to its "independent obligation to determine whether subject-matter jurisdiction exists," *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006), the Court ordered Specialty Contractors to respond to the Order no later than February 2, 2023 "naming—and identifying the citizenship of—every individual or entity whose citizenship is attributed to it," Dkt. No. 16 at 3. The Court indicated that failure to do so would result in remand. *Id.* To date, Specialty Contractors has not filed a response. The Court accordingly ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), this case is REMANDED to the Superior Court for King County in the State of Washington;
2. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for King County;
3. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County; and
4. The Clerk of the Court shall CLOSE this case.

Dated this 9th day of February, 2023.

Lauren King
United States District Judge

ORDER REMANDING CASE - 2